# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2014

*The Court of Appeals hereby passes the following order:*

## A14A0645.  BOSSIE v. LEWIS.

Appellant Joseph Bossie has moved to remand this case, in which we granted interlocutory review of the trial court's denial of summary judgment to Bossie in a case brought against him, on the ground that the proceedings have been automatically stayed pursuant to 11 USC § 362 because Bossie has filed for bankruptcy.  "The imposition of the stay under 11 USC § 362 is automatic upon filing of the bankruptcy petition, and the protections afforded to the debtor attach immediately." *Lucas v. Integrated Health Svcs. &c.*, 268 Ga. App. 306, 308 (1) (601 SE2d 701) (2004). Accordingly, all proceedings against Bossie are automatically stayed pursuant to section 362, including Bossie's interlocutory appeal.  See generally American Bankruptcy Institute, 31-1 ABIJ 22 (Feb. 2012) ("It now appears that every circuit court to address the issue of whether the automatic stay provisions of § 362 (a) apply to an appeal by a debtor where the debtor was the defendant in the underlying proceeding holds that the stay applies.").

We hereby GRANT Bossie's motion and REMAND this case to the trial court until such time as the bankruptcy court terminates the automatic stay, grants appropriate relief from the automatic stay, or otherwise determines that the provisions of the automatic stay do not apply to the parties or issues involved in this appeal. Bossie shall be entitled to re-file his appeal within 30 days following the date that the bankruptcy court lifts the stay, grants relief from the stay, or rules that the stay does not apply in this case.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 01/15/2014
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*